UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL ASSOCIATION OF )
CRIMINAL DEFENSE LAWYERS, )
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
v. ) Civil Action No. 04-0697 (PLF)
　　　　　　　　　　　　　　　　　　)
UNITED STATES DEPARTMENT )
OF JUSTICE, et al. )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　)

MEMORANDUM OPINION

On September 8, 2006, this Court issued an opinion and accompanying order denying plaintiff's motion for partial summary judgment [#52], granting plaintiff's supplemental motion for summary judgment as to certain claims [#65] and deferring a ruling on others; and granting defendants' cross-motion for summary judgment on certain claims [#62] and deferring ruling on the remaining claims.[1] As to the deferred claims, the Court directed the defendants to submit for *in camera* review the remaining contested documents, Document Nos. 3, 4, 5 and 7. The Court has now reviewed those documents and will direct the production of certain information set forth in the accompanying order. The Court has concluded that those documents

---

[1] Defendants were also directed to clarify whether 33 withheld pages were a part of the documents at issue and whether two records were released in full or in part. *See* Op. at 11. Defendants have complied with this directive through the Supplemental Declaration of John H. Boseker.

or portions of documents that it is ordering the government to disclose are not exempt under any of the FOIA exemptions invoked by the defendants in this case.

All issues in this case now having been decided, the Court will enter judgment in part for the plaintiff and in part for the defendants. A separate Order accompanies this Memorandum Opinion.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/06